VENABLE LLP
William A. Hector (SBN 298490)
  Email: wahector@Venable.com
101 California St., Suite 3800
San Francisco, CA 94111
Telephone: 415.653.3750
Facsimile: 415.653.3755

Frank C. Cimino, Jr. (*pro hac vice*)
  Email: fccimino@Venable.com
Megan S. Woodworth (*pro hac vice*)
  Email: mswoodworth@Venable.com
Jonathan L. Falkler (*pro hac vice*)
  Email: jlfalkler@Venable.com
600 Massachusetts Avenue, NW
Washington, DC  20001
Telephone: 202.344.4000

Robert E. Bugg (*pro hac vice*)
  Email: rebugg@Venable.com
151 West 42nd Street
New York, NY 10036
Telephone: 212.370.6241

*Attorneys for SAP America, Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| SAP AMERICA, INC.<br><br>        Plaintiff,<br><br>   v.<br><br>NOVACLOUD LICENSING, LLC<br><br>        Defendant. | Case No. 3:25-cv-08118-JD<br><br>**DECLARATION OF WILLIAM A. HECTOR ISO SAP AMERICA INC'S OPPOSITION TO NOVACLOUD LICENSING LLC'S MOTION TO DISMISS** |

VENABLE LLP
101 CALIFORNIA STREET, SUITE 3800
SAN FRANCISCO, CA 94111
415.653.3750

I, William A. Hector, declare as follows:

1.    I am an attorney at Venable LLP, counsel for Plaintiff SAP America, Inc. ("SAP") in the above-referenced action.  I make this declaration on personal knowledge and if called as a witness could and would competently testify to the matters stated herein.

2.    Attached hereto as **Exhibit A** is a true and correct copy of a presentation bearing the Bates range NovaCloud_SAP-000001-013.

3.    Attached hereto as **Exhibit B** is a true and correct copy of the webpage at URL https://search.docketnavigator.com/patent/binder/793160/0?print=true&e[]=0&e[]=1&e[]=2&e[]=3&e[]=4.

4.    Attached hereto as **Exhibit C** is a true and correct copy of portions of the NovaCloud Licensing website.

5.    Attached hereto as **Exhibit D** is a true and correct copy of the webpage at URL https://search.docketnavigator.com/patent/binder/0/0?print=true.

6.    Attached hereto as **Exhibit E** is a true and correct copy of the webpage at URL https://www.bergman.consulting/jim-w-bergman.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed on December 19, 2025, in San Francisco, California.

/s/ William A. Hector
William A. Hector

**VENABLE LLP**
101 CALIFORNIA STREET, SUITE 3800
SAN FRANCISCO, CA 94111
415.653.3750

-1-

Case No. 3:25-cv-08118-JD                    DECLARATION OF WILLIAM A. HECTOR