Clara Bourget
California Bar No. 356959
cbourget@McKoolSmith.com
**MCKOOL SMITH, P.C.**
300 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

Attorney for Defendant
NOVACLOUD LICENSING, LLC

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| SAP AMERICA, INC. | CASE NO. 3:25-cv-08118-JD |
| *Plaintiff*, | **DECLARATION OF CLARA BOURGET IN SUPPORT OF NOVACLOUD LICENSING LLC'S MOTION TO EXTEND TIME OF THE INITIAL CASE MANAGEMENT CONFERENCE AND REQUEST RELIEF FROM THE ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| NOVACLOUD LICENSING, LLC | |
| *Defendant*. | |
| | Judge: Hon. James Donato |
| | Courtroom: 11, 19th Floor |

McKOOL SMITH, P.C.

Bourget Decl. ISO Defendant's Mot. & Request for
Relief under the Order Setting Case Mgmt. Conf.

Case No. 3:25-cv-08118-JD

McKool Smith, P.C.

I, Clara Bourget, hereby declare as follows:

1. I am an attorney admitted to practice before the Courts of the State of California and am admitted to practice before the courts of the Northern District of California. I am an Associate at the law firm of McKool Smith, P.C., counsel for Defendant NovaCLoud Licensing LLC ("NovaCloud"), in the above captioned action. I make this declaration in support of NovaCloud Licensing LLC's Motion to Extend the Time of the Initial Case Management Conference. I have personal knowledge of the facts set forth in this declaration and could and would testify competently if called as a witness.

2. Plaintiff SAP America, Inc. ("SAP") filed a complaint seeking a declaratory judgment of non-infringement of twenty-one patents owned by NovaCloud on October 3, 2025. Dkt. 1.

3. On December 5, 2025, NovaCloud moved to dismiss SAP's complaint under Federal Rule of Procedure 12(b)(1), asserting the Court lacked subject matter jurisdiction under the Declaratory Judgment Act, 28 U.S.C. § 2201(a). Dkt. 32. NovaCloud's motion was fully briefed as of December 26, 2025. Dkt. 40.

4. The Court previously scheduled a hearing on the motion to dismiss for January 15, 2026, Dkt. 34, and scheduled the initial Case Management Conference for January 29, 2026. Dkt. 14.

5. The Court thereafter rescheduled the hearing on the motion to dismiss to March 19, 2026, but did not alter the date of the initial Case Management Conference. Dkt. 43.

6. SAP provided a draft of its portion of a Joint Case Management Statement on January 13, 2026. SAP's proposed case schedule includes, inter alia, a deadline of February 26, 2026, to amend pleadings or join additional parties, and a deadline of March 12, 2026, for NovaCloud to disclose Asserted Claims and Infringement Contentions under Patent Local Rule 3-1.

7. On January 14, 2026, counsel for NovaCloud corresponded with counsel for SAP via email and inquired whether SAP would agree to a stipulation to postpone the date of the initial case management conference until after the Court rules on NovaCloud's motion to dismiss.

-1-

Bourget Decl. ISO Defendant's Mot. & Request for
Relief under the Order Setting Case Mgmt. Conf.

Case No. 3:25-cv-08118-JD

-2-

8.      On January 15, 2026, counsel for SAP responded by declining to join in a stipulation but did not oppose NovaCloud's planned request. Counsel for SAP took the position that SAP is prepared to go forward with the initial case management conference on January 29th but does not object if the Court prefers to postpone it.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of January 2026 in Los Angeles, California.

_/s/ Clara Bourget_____